**GLENDORA, Plaintiff—Appellant,**

v.

**Peggie ANDERSON; et al.,
Defendants—Appellees.**

No. 02–15608.

D.C. No. CV–01–01400–PMP.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument, and denies Glendora's request for oral argument

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Glendora appeals pro se the district court's order denying reconsideration of its judgment dismissing for lack of venue Glendora' action alleging that a cable television operator removed her program from several of its public access channels in communities around New York City. We have jurisdiction pursuant to 28 U.S.C. § 1291. 28 U.S.C. § 1291. The district court did not abuse its discretion in denying Glendora's motion for reconsideration. *See Maraziti v. Thorpe,* 52 F.3d 252, 253 (9th Cir.1995); *see also* 28 U.S.C. § 1391(a).

Glendora's remaining contentions lack merit.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

